**ATTACHMENT 4**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| vs. | : | DOCKET NUMBER: | 24-CR-20165-001 |
| | : | | |
| Daijohn SIMS | : | | |

# ORDER

**HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM**

The Court imposes the following sanction:

    X Verbal reprimand to adhere to drug and alcohol testing as required.

    Increased reporting to the probation officer as follows: _____
- ☐ Increased drug testing as follows: _____
- ☐ Participation in drug, alcohol, or mental health treatment.
- ☐ Complete _____ hours community service as directed.
- ☐ Comply with the following curfew restrictions or home confinement: _____ _____
- ☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- ☐ Serve _____ days in jail, to be released on _____
- ☐ Termination from the H.O.P.E Program.
- ☐ Changes in current treatment: _____ _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on September 19, 2024, at 2:00 p.m. at the U.S. Courthouse in the Eastern District of Michigan.

Dated this     August 15, 2024_____

                                                     s/Paul D. Borman_____
                                                     United States District Judge