ATTACHMENT 4
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER: 24-CR-20165-001 |
| | : | |
| Daijohn SIMS | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following verbal reprimand and sanction:

X Verbal reprimand to adhere to the following mandatory condition: "You must not commit another federal, state or local crime."
X Verbal reprimand to attend all future HOPE Reentry Court sessions as scheduled.
X Loss of credit for one month in the HOPE Program (November 2024-December 2024).

☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E. Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>January 16, 2025</u>, at 2:00 p.m.

Dated this  12-19-2024

_____
United States District Judge