ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: <u>24-CR-20165-001</u>
:
Daijohn SIMS :

## ORDER

## HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following verbal reprimand and sanction:

    X    Verbal reprimand to adhere to the following mandatory condition: "You must not commit another federal, state or local crime."

    X    Loss of credit for one month (October 2025-November 2025).

☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E. Program.
☐ Changes in current treatment: _____

All previously imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>December 18, 2025</u>, at 2:00 p.m.

Dated this    <u>November 13, 2025</u>

_____
United States District Judge